UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP., and SUNPATH, LTD.<br><br>      Defendants. | Case No. 4:17-cv-40169-TSH |

**ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT
SUNPATH, LTD. TO RESPOND TO COMPLAINT [D.E. 1]**

Defendant SunPath, Ltd. ("SunPath"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and the Local Rules of the United States District Court for the District of Massachusetts, hereby moves for an enlargement of time to respond to the Complaint [D.E. 1] filed by Plaintiffs John Heaton and Christopher Horigan ("Plaintiffs") through and including Friday, February 23, 2018, and states as follows:

1. Plaintiffs served SunPath with the Complaint in this action on or about January 11, 2018, such that a response to the Complaint was due on or before February 1, 2018.

2. On or about February 1, 2018, Plaintiffs granted SunPath a fourteen (14) days enlargement of time to respond to the Complaint as a result of SunPath's then-recent retention of the undersigned to investigate and defend the allegations and claims asserted in the Complaint such that a response to the Complaint is due on or before February 15, 2018.

1

3. In the course of its investigation, SunPath has learned that consent may be an affirmative defense at issue in this litigation, which, in turn, may assist the parties reach and/or explore an early resolution of some, if not all, of the claims asserted in the Complaint.

4. Plaintiffs and SunPath agreed to this request to enlarge the time to file a response to the Complaint through and including February 23, 2018, in order to permit SunPath time to complete its initial investigation into the allegations and claims set forth in the Complaint, including an initial investigation into the affirmative defense of consent, and to confer with Plaintiffs' Counsel concerning the merits and possible early resolution of this action. An Agreed [Proposed] Order is attached hereto as Exhibit A.

5. Indeed, on February 13, 2018, Plaintiffs' counsel confirmed his agreement with the requested enlargement of time to respond to the Complaint.

6. This enlargement of time is not sought in bad faith or for the purposes of delay, and will not prejudice any party.

WHEREFORE, Defendant SunPath, Ltd. respectfully requests an enlargement of time through and including February 23, 2018, within which to respond to Plaintiffs' Complaint.

33778846v1

## LOCAL RULE 7.1 CERTIFICATION

Prior to filing this Assented-To Motion for Enlargement of Time for Defendant SunPath, Ltd. to Respond to Complaint, the undersigned conferred with counsel for Plaintiffs in a good faith effort to resolve the issues raised herein. Counsel for Plaintiffs advised that he <u>agrees</u> to the requested enlargement of time of through and including February 23, 2018, within which to file a response to Plaintiffs' Complaint.

Dated: February 13, 2018

Respectfully submitted,

SUNPATH, LTD.

By its attorneys,

<u>/s/ *Stephen D. Riden*</u>
Stephen D. Riden, BBO No. 644451
sriden@beckreed.com
BECK REED RIDEN LLP
155 Federal St., Suite 1302
Boston, MA 02110
Tel: (617) 500-8660
Fax: (617) 500-8665
      -and-
Beth-Ann E. Krimsky*
beth-ann.krimsky@gmlaw.com
Lawren A. Zann*
lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL 33301
Tel: (954) 527-2427
Fax: (954) 333-4027

*Pro Hac Vice Admission anticipated*

## CERTIFICATE OF SERVICE

I hereby certify that this Motion for Enlargement of Time filed through the CM/ECF system on February 13, 2018, will be sent electronically to the registered participants as

33778846v1

identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants.

                                                  */s/ Stephen D. Riden*
                                                  Stephen D. Riden  (BBO # 644451)