**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WORCHESTER DIVISION**

| | |
|---|---|
| JOHN HEATIN and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP, and SUNPATH, LTD.,<br><br>Defendants. | Case No. 4:17-cv-40169 |

## ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANT MOTOR VEHICLE ASSURANCE TO RESPOND TO COMPLAINT

Defendant Motor Vehicle Assurance ("MVA"), through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules of the United States District Court for the District of Massachusetts, hereby moves for an enlargement of time to respond to the complaint filed by Plaintiffs John Heaton and Christopher Horigan ("Plaintiffs") through and including Friday, February 23, 2018, and states as follows:

1.  Plaintiffs mailed to MVA the complaint in this action, with MVA having acknowledged and waived service of a summons and complaint on December 22, 2017. The waiver of service executed by MVA established that the time for MVA to answer or move pursuant to Fed.R.Civ.P. 12 would expire no later than 60 days from December 18, 2017, which falls on February 16, 2018.

2.  The undersigned's law firm was recently retained to represent MVA, ad has, and continues to be, involved in investigating the facts underlying the complaint, which are not uncomplicated.

3.  Counsel for MVA contacted Plaintiffs' counsel on behalf of MVA, who agreed to an extension of time for MVA to file a response to the complaint through and including February 23, 2018. This will permit MVA time to complete its initial investigation into the allegations and claims set forth in the complaint, and prepare a response to the complaint. A proposed order is submitted herewith.

4.  This enlargement of time is not sought in bad faith or for the purpose of delay, and will not prejudice any party.

WHEREFORE, Defendant Motor Vehicle Assurance respectfully requests an enlargement of time through and including February 23, 2018, within which to respond to Plaintiffs' complaint.

## LOCAL RULE 7.1 CERTIFICATION

Prior to filing this Assented-To Motion for Enlargement of Time for Defendant Motor Vehicle Assurance to Respond to Complaint, counsel for MVA conferred with counsel for Plaintiffs in a good faith attempt to resolve the issue raised herein. Counsel for Plaintiffs advised that he <u>agrees</u> to the requested enlargement of time through and including February 23, 2018, within which to file a response to Plaintiffs' complaint.

Dated: February 16, 2018

        Respectfully submitted,

        Motor Vehicle Assurance

        By its attorneys,

        */s/ Craig J. MacLellan*

        Craig J. MacLellan (BBO #663930)

## **CERTIFICATE OF SERVICE**

I hereby certify that this Motion for Enlargement of Time filed through the CM/ECF system on February 16, 2018, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing.

*/s/ Craig J. MacLellan*

Docs #3099222-v1