UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCHESTER DIVISION

JOHN HEATIN and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,

    Plaintiffs,

v.

MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP, and SUNPATH, LTD.,

    Defendants.

Case No. 4:17-cv-40169

**DEFENDANT MOTOR VEHICLE ASSURANCE ("MVA") ANSWER
TO CLASS ACTION COMPLAINT, AND AFFIRMATIVE DEFENSES**

### Preliminary Statement

1. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

2. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

3. Defendant MVA denies the allegations contained in this paragraph.

4. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

5. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

### Parties

6. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

7. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

8. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

9. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

10. Defendant MVA denies the allegations contained in this paragraph.

**Jurisdiction & Venue**

11. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

12. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

**The Telephone Consumer Protection Act**

13. Defendant MVA admits the existence of the TCPA but denies any allegations in this paragraph that Defendant MVA has violated the TCPA.

14. Defendant MVA admits the existence of the TCPA but denies any allegations in this paragraph that Defendant MVA has violated the TCPA.

15. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

16. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

17. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

## Factual Allegations

18. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

19. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

20. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

21. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

22. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

23. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

24. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

25. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

26. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

27. Defendant MVA denies the allegations contained in this paragraph.

28. Defendant MVA denies the allegations contained in this paragraph.

29. Defendant MVA denies the allegations contained in this paragraph.

30. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

31. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

32. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

33. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

34. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

35. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

36. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

37. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

38. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

39. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

40. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

41. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

42. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

43. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

44. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

45. Defendant MVA denies the allegations in this paragraph.

46. Defendant MVA denies the allegations in this paragraph.

47. Defendant MVA denies the allegations in this paragraph.

48. Defendant MVA denies the allegations in this paragraph.

**Sunpath's Liability for Telemarketing Calls**

49. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

50. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

51. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

52. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

53. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

54. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

55. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

56. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

57. Defendant MVA denies the allegations contained in this paragraph.

58. Defendant MVA denies the allegations contained in this paragraph.

59. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

60. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

61. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

62. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegation contained in this paragraph and leaves Plaintiffs to their proofs.

63. Defendant MVA denies the allegations in this paragraph.

64. Defendant MVA denies the allegations in this paragraph.

65. Defendant MVA denies the allegations in this paragraph.

66. Defendant MVA denies the allegations in this paragraph.

67. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiffs to their proofs.

## Class Action Allegations

68. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiffs to their proofs.

69. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiffs to their proofs.

70. Defendant MVA denies the allegations contained in this paragraph.

71. Defendant MVA denies the allegations contained in this paragraph.

72. Defendant MVA denies the allegations contained in this paragraph.

73. Defendant MVA denies the allegations contained in this paragraph.

74. Defendant MVA denies the allegations contained in this paragraph.

75. Defendant MVA denies the allegations contained in this paragraph.

76. Defendant MVA denies the allegations contained in this paragraph.

77. Defendant MVA denies the allegations contained in this paragraph.

78. Defendant MVA denies the allegations contained in this paragraph.

79. Defendant MVA denies the allegations contained in this paragraph.

80. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiffs to their proofs.

## Legal Claims

### Count One:
### Violation of the TCPA's Automated Calling Provisions

81. Defendant MVA Defendant MVA incorporates by reference, in lieu of repetition, answers to paragraphs 1 through 80 of the Complaint.

82. Defendant MVA denies the allegations contained in this paragraph.

83. Defendant MVA denies the allegations contained in this paragraph.

84. Defendant MVA denies the allegations contained in this paragraph.

85. Defendant MVA denies the allegations contained in this paragraph.

## Count Two:
## Violation of M.G.L. 93A

86. Defendant MVA Defendant MVA Defendant MVA incorporates by reference, in lieu of repetition, answers to paragraphs 1 through 85 of the Complaint.

87. Defendant MVA denies the allegations contained in this paragraph.

88. Defendant MVA is without knowledge sufficient to form a belief as to the truth of the allegations contained in this paragraph and leaves Plaintiffs to their proofs, but Defendant MVA denies the allegations contained in this paragraph that Defendant MVA has violated M.G.L. c. 93A.

89. Defendant MVA denies the allegations contained in this paragraph.

90. Defendant MVA denies the allegations contained in this paragraph.

91. Defendant MVA denies the allegations contained in this paragraph.

92. Defendant MVA denies the allegations contained in this paragraph.

93. Defendant MVA denies the allegations contained in this paragraph.

## Relief Sought

WHEREFORE, Defendant MVA requests that the Plaintiffs' requested relief be denied, and judgment be entered dismissing Plaintiffs' Class Action Complaint herein, plus attorneys' fees and costs of suit.

## SEPARATE DEFENSES

### FIRST SEPARATE DEFENSE

The Complaint herein fails to state a claim upon which relief can be granted and Defendant MVA reserves the right to move at or before the time of trial to dismiss same.

### SECOND SEPARATE DEFENSE

The Court lacks jurisdiction over the subject matter of this action and Defendant MVA reserves the right to move for dismissal of the Complaint.

### THIRD SEPARATE DEFENSE

Plaintiffs are estopped from proceeding with this alleged cause of action.

### FOURTH SEPARATE DEFENSE

Plaintiffs have waived its right to bring this suit of action against Defendant MVA.

### FIFTH SEPARATE DEFENSE

Plaintiffs are guilty of laches.

### SIXTH SEPARATE DEFENSE

Plaintiffs' actions are barred by the doctrine of unclean hands.

### SEVENTH SEPARATE DEFENSE

Any and all injuries sustained were the result of a third party over whom the Defendant MVA had no control.

### EIGHTH SEPARATE DEFENSE

Insofar as the complaint herein seeks damages against Defendant MVA, the complaint must be dismissed in that Plaintiffs have sustained no damage.

### NINTH SEPARATE DEFENSE

The Defendant MVA is entitled to a determination of the percentage shares of responsibility of all tortfeasors whose fault contributed to the claimed injuries and damages, as

the obligation, if any, of the Defendant MVA to respond in damages should not exceed its percentage share.

## TENTH SEPARATE DEFENSE

Any and all injuries and damages sustained were the result of a third party over whom Defendant MVA had no control.

## ELEVENTH SEPARATE DEFENSE

Defendant MVA denies liability with respect to Plaintiffs' claims. However, if liability is found to exists, Defendant MVA asserts that such liability results from the negligence of independent contractors and that, by law, Defendant MVA is not liable for the negligence of such independent contractors.

## TWELFTH SEPARATE DEFENSE

The incident which forms the basis of this litigation and which allegedly caused injuries and damages to the Plaintiffs was proximately caused or contributed to by the fault of third persons not parties to this litigation. The responsibility of the Defendant MVA filing this answer and the right of Plaintiffs to recover in this litigation can only be determined after the percentages of responsibility of all parties to the incident are determined, whether or not parties to this litigation. Accordingly, the Defendant MVA seeks an adjudication of the percentage of fault of the Plaintiffs and each and every other person whose fault contributed to the incident.

## THIRTEENTH SEPARATE DEFENSE

Defendant MVA is entitled to all statutory Defenses available to it under the TCPA and its attendant regulations.

## FOURTEENTH SEPARATE DEFENSE

Plaintiffs failed to satisfy the statutory pre-requisite requirements for bringing an action and asserting a claim pursuant to M.G.L. c. 93A.

DEFENDANT, Motor Vehicle Assurance,
By their attorneys,

_____
Craig J. MacLellan, Esq.
POTTER MACLELLAN LLP
113 Ripley Road
Cohasset, MA 02025
(781) 240 1414 (office)
(857) 588 7000 (fax)
cjm@pottermaclaw.com