Kaufman Dolowich & Voluck, LLP
21 South Main Street, Suite 251
Hackensack, New Jersey 07102
(201) 708-8240
*Attorneys for Defendant, National Auto Protection Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>               Plaintiffs,<br>-against-<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP, and SUNPATH, LTD.,<br><br>               Defendants. | Case No. 4:17-cv-40169-TSH |

**NATIONAL AUTO PROTECTION CORP.'S MOTION FOR AN ORDER DISMISSING THE COMPLAINT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(1)**

Defendant National Auto Protection Corp. ("NAPC") moves the Court respectfully seeking an order granting dismissal of the complaint filed and served in this matter pursuant to Fed. R. Civ. P. 12(b)(1).

Defendant NAPC, in support of its motion, shall rely upon the Declaration of William Thomas Finneran, executed on February 22, 2018, with exhibits, and the Declaration of Gino

A. Zonghetti, Esq., executed on February 22, 2018, with exhibits, and the accompanying Memorandum of Law.

REQUEST FOR ORAL ARGUMENT

Defendant NAPC respectfully requests oral argument and a hearing on the motion as may be set by the Court.

WHEREFORE, defendant National Auto Protection Corp. ("NAPC") moves the Court respectfully seeking an order granting dismissal of the complaint filed and served in this matter pursuant to Fed.R.Civ.P. 12(b)(1).

**Kaufman Dolowich & Voluck, LLP**
*Attorneys for Defendant,*
*National Auto Protection Corporation*

By:    /s/ Gino A. Zonghetti
Gino A. Zonghetti, Esq.
BBO#: 663120
21 Main Street, Suite 251
Hackensack, New Jersey 07601
(201) 708-8240
gzonghetti@kdvlaw.com

Dated: February 23, 2018

I certify that a true copy of the above document was served upon each attorney of record by ECF and Regular Mail.

Dated: February 23, 2018

/s/ Gino A. Zonghetti
Gino A. Zonghetti, Esq.
BBO #663120

2