Kaufman Dolowich & Voluck, LLP
21 South Main Street, Suite 251
Hackensack, New Jersey 07102
(201) 708-8240
*Attorneys for Defendant, National Auto Protection Corporation*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br>-against-<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP, and SUNPATH, LTD.,<br><br>    Defendants. | Case No. 4:17-cv-401-69-TSH<br><br>**DECLARATION OF WILLIAM THOMAS FINNERAN** |

I, William Thomas Finneran, declare under penalty of law as follows:

1.  I am an owner of National Auto Protection Corp. (hereinafter "NAPC"), a Florida corporation in the business of providing marketing services. I submit this Declaration in support of NAPC's motion to dismiss plaintiff Christopher Horigan's complaint against NAPC.

2.  NAPC provides marketing services for Sunpath, Ltd., which is a vehicle service contract administrator.

1

3.     Christopher Horigan (hereinafter "Horigan") consented to being called by NAPC. NAPC utilizes leads generated in a manner in full compliance with the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA") from sources with whom NAPC has contracted and who provide marketing-like banner advertisements and informational landing pages on websites. Interested consumers can provide their vehicle information and other personal information, such as their contact telephone number, on text boxes provided on the website, which only accepts the personal information if the consumer provides written consent. Indeed, consumers are only contacted by NAPC if they provide written consent by checking a box on the website which states that the consumer agrees to specific terms that are set forth on the website. Among the terms to which the consumer agrees are terms that provide that the consumer has consented to, among other things, automated telephone dialing system calls to their wireless telephones. The exact consent language contained on the website that was visited by Horigan, to which he consented, which includes having consented to being called on his wireless telephone, is set forth below in paragraph 6. I note that neither NAPC nor any entities with whom NAPC contracts utilize automated telephone dialing systems in contacting consumers who have provided consent. However, since Horigan, as is demonstrated herein, provided written consent to be called on his wireless telephone, including by use of automated dialing systems, this motion is based upon the fact that Horigan consented to the calls he received.

4.     On April 27, 2017, Horigan, after providing the name "Colleen Korniotes," consented in writing to receive telephone calls from automated telephone dialing systems at a wireless telephone number that he provided, while visiting a website entitled

2

"wehaveautoloans.com." *Exhibit A* annexed hereto is a printout of data retrieved from the "wehaveautoloans.com" website as a result of Horigan's submission on the website. *Exhibit A* sets forth the exact information provided by Horigan upon visiting that website at the time he consented to receive, among other things, calls from automated dialing systems. *Exhibit A* shows that Horigan provided the name and email address for Colleen Korniotes, but provided his own cellular telephone number: (508) XXX-4142.[1] *Exhibit A* also shows that Horigan provided that information, as well as his consent to be contacted through the "wehaveautoloans.com" website, at 10:18 p.m. (22:18) on April 27, 2017.

5.   *Exhibit B* annexed hereto is a screen shot of the "wehaveautoloans.com" website visited by Horigan through which he consented to receive telephone calls from automated dialing systems on his wireless telephone by checking the appropriate boxes, re-printed below in paragraph 6.[2] This is also the website through which Horigan provided his wireless telephone number, (508) XXX-4142, as the number through which he consented to be called. The website permits consumers to supply information including their telephone numbers, addresses and email addresses, but it will not accept this information unless the consumer checks the two boxes on the website by which the consumer gives his or her permission to be, among other things, contacted on their wireless telephones through telephone calls generated by automated telephone dialing systems.

---

[1] The middle three digits of the cellular telephone number provided by Horigan while visiting the "wehaveautoloans.com" website have been redacted and can be provided to the Court upon request if challenged by plaintiffs or if required by the Court.

[2] Although *Exhibit B* consists of two pages, when viewing the "wehaveautoloans.com" website, the viewer sees only one continuous webpage and the site is not broken up into two pages.

6.    *Exhibit C* annexed hereto is a screen shot of the terms required to be checked by the consumer so as to allow "wehaveautoloans.com" to accept the consumer's contact information. These are the boxes that Horigan had to check, and, in turn, the terms that Horigan accepted on April 27, 2017 at 10:18 p.m. by providing his cellular telephone number as the number through which he consented to be contacted: (508) XXX-4142. These terms, in pertinent part, state as follows:

☐ By checking this box I agree to the following:
I authorize the use of this information to obtain such additional information as may be required, including credit reports. I further authorize this application and the supplied financial information to be forwarded to one or more third party lenders and/or participating auto dealers including 1800CARSHOW, Detroit Trading and DriveTime and other third parties that may be able to offer me or assist me in finding financing that meets my needs. I understand this credit evaluation is necessary to proceed with the processing of my loan request.

☐ By checking this box I agree to the following:
In accordance with the Telephone Consumer Protection Act (TCPA) of 1991 as amended effective Oct 16, 2013, by checking the box above, I agree to be contacted by your marketing partners and/or participating auto dealers including 1800CARSHOW, Detroit Trading, DriveTime, Sunrise Media Partners and other third parties about services via email and/or the phone number provided above, including my wireless number if provided. Contact methods may include emails, phone calls generated from an automated telephone dialing system or text messaging. By checking the box, I intend to sign this consent, I certify the information is correct and have read and understand the privacy policy. I understand that this consent is not required as a condition of purchasing any goods or services. See our Privacy Policy for complete information about your privacy.

7.    On July 7, 2017, NAPC called Horigan on the wireless telephone number he provided through the "wehaveautoloans.com" website, and on which he consented to be called. A true and accurate transcript of the recording of that telephone call between NAPC's employee and Horigan is attached as *Exhibit D*, and DVDs of the recording have been separately provided to the Court and to Horigan's counsel. While on the call, Horigan provided yet a different name,

4

Christopher Miller, than he had used while on the "wehaveautoloans.com" website. See *Exhibit D*, lines 20–22. During that call, NAPC provided Mr. Horigan information about available extended vehicle service contracts, including coverage and pricing information. Mr. Horigan indicated that he was interested in purchasing such a product, but he did not do so at the time.

8.     NAPC made a follow up call to Horigan on October 20, 2017. A transcript of that telephone call is annexed as *Exhibit E*, and the tape recordings of that call have been placed on a DVD that has been forwarded to Horigan's counsel and the Court. Horigan, on that call, falsely confirms that his name is "Christopher Miller." See *Exhibit E*, lines 140–142. The tape recording of the October 20, 2017 telephone call captures Horigan speaking to someone whom he is with, and who is not participating on the call. Horigan is overheard saying to this person: "I'll just sign up for it and fucking cancel it." See *Exhibit E*, line 173. There is then conversation between Horigan and this unidentified person as to whether he is "allowed to do that." See *Exhibit E*, lines 174–175. During the July 7, 2017 call, NAPC's representative had informed Horigan of his right to rescind the service contract within thirty days of purchase. See *Exhibit D*, lines 133–137.

9.     During the October 20, 2017 telephone call, Horigan confirms that he had consented to be called on his wireless telephone, saying, "…do just have like a, like an email just so I know that you're with Sunpath, you know…I think I signed up for you guys to call me …'cause I do need the coverage…" See *Exhibit E*, lines 249 – 250.

5

10.    Also, during the October 20, 2017 call, Horigan requests to see a copy of the "plan," i.e. vehicle service contract, that he is purporting to be interested in purchasing and is directed to the Sunpath website in order to download a copy of the contract. See *Exhibit E*, lines 235–247.  Horigan also requests that that he be sent an email so that he could be assured "you're with Sunpath." See *Exhibit E*, lines 249–250; 255–257. He provides an email address of "Hor4XXX@yahoo.com,"[3] which appears to be Horigan's actual email address. See *Exhibit E*, lines 265–272.

11.    It is clear that Horigan provided written consent to be called in accordance with the Telephone Consumer Protection Act (TCPA) of 1991 as amended effective Oct 16, 2013 as a result of his visiting the "wehaveautoloans.com" website and by checking the box accompanying the language that he "…agree to be contacted…via email and/or the phone number provided above, including my wireless number," which he provided. Horigan also agreed to be contacted "…from an automated telephone dialing system or text messaging" and acknowledged that he "…intend[ed] to sign this consent" and that he certified that the information he provided was correct.  It is apparent that Horigan did not provide a correct name or home address. Again, the "wehaveautoloans.com" website will not accept personal information provided by a consumer (name, address, telephone number, email address) unless the consumer affirmatively clicks on both consent boxes appearing on the website.

12.    In addition to having consented to being called, based upon the use of the name Colleen Korniotes on the "wehaveautoloans.com" website while providing his wireless

---

[3] Three digits of Horigan's email address have been redacted.

telephone number, Horigan's use of the fictitious name "Christopher Miller" during the telephone calls of July 7, 2017 and October 20, 2017 with NAPC, in which he is captured telling the unidentified person in the background that he is going to sign up for the vehicle service plan and cancel it, while simultaneously telling the NAPC representative that he needs and is interested in the product, combined with his request that he be emailed a copy of the vehicle service contract so that he knows that NAPC is "with Sunpath," demonstrates that it was Horigan's apparent intention to provide his consent and cellular number solely for the purpose of creating a purported basis upon which to sue NAPC, and further demonstrates that he was not damaged in any fashion by the telephone calls, to which he consented in any event.

13. It is respectfully submitted that National Auto Protection Corporation's motion to dismiss the complaint should be granted.

I declare under penalty of perjury that the foregoing is true and correct, 28 U.S.C. § 1746.

 

 

William Thomas Finneran
National Auto Protection Corporation

Dated: February 22, 2018

I certify that a true copy of the above document was
served upon each attorney of record by ECF and
Regular Mail.

Dated: February 23, 2018


/s/  Gino A. Zonghetti
Gino A. Zonghetti, Esq.
BBO #663120

EXHIBIT A

stop ckorniotes@yahoo.com COLLEEN korniotes 37
HAMBLINS HAYWAY MARSTONS MILLS MA 2648
5089624142 24.60.223.116 4/27/2017 22:18
wehaveautoloans.com

ckorniotes@yahoo.com COLLEEN korniotes 37
HAMBLINS HAYWAY MARSTONS MILLS MA 2648
5089624142 24.60.223.116 4/27/2017 22:18
wehaveautoloans.com

# EXHIBIT B

Page 1 of 2



**We Have AUTO Loans**

When you're looking for an Auto Loan

It pays to shop around.
Let us assist you in finding the right Loan

*All Makes and Models !*

- Good Credit
- Bad Credit
- No Credit
- Divorced
- First Timer
- Bankruptcy

**Personal Information**

* First Name:

* Address:

* City:

* Home Phone:

Cell Phone:

* Date of Birth
Month ∨ Day ∨ Year ∨

**Auto Loan Information**

* Down Payment

* Has Checking Account
Select ∨

* Has Savings Account
Select ∨

Pay Frequency
Weekly ∨

* Income Type
Employed ∨

* Current Employer:

* Years At Employer
Years At Employer

* Months At Employer
Months ∨

* Employment Status
Select ∨

* Occupation

* Monthly Income

* Rent or Own home:
Select ∨

* Years At Residence

* Months At Residence:
Months ∨

* Social Security Number

* Last Name:

Address2 (apt #):

* State:
Select State ∨

* Zip:

* Work Phone:

* Email:

* Contact Time:
Morning ∨

Gender:
Male ∨

* Monthly Rent / Mortgage
Select ∨

* Cosigner? (if needed):
Select ∨

☐ By checking this box I agree to the following:
I authorize the use of this information to obtain such additional information as may be required, including credit reports. I further authorize this application and the supplied financial information to be forwarded to one or more third party lenders and/or participating auto dealers including 1800CARSHOW, Detroit Trading and DriveTime and other third parties that may be able to offer me or assist me in finding financing that meets my needs. I understand this credit evaluation is necessary to proceed with the processing of my loan request.

☐ By checking this box I agree to the following:
In accordance with the Telephone Consumer Protection Act (TCPA) of 1991 as amended effective Oct 16, 2013, by checking the box above, I agree to be contacted by your marketing partners and/or participating

http://wehaveautoloans.com/ 1/24/2018

auto dealers including 1800CARSHOW, Detroit Trading, DriveTime, Sunrise Media Partners and other third parties about services via email and/or the phone number provided above, including my wireless number if provided. Contact methods may include emails, phone calls generated from an automated telephone dialing system or text messaging. By checking the box, I intend to sign this consent, I certify the information is correct and have read and understand the privacy policy. I understand that this consent is not required as a condition of purchasing any goods or services. See our Privacy Policy for complete information about your privacy.



©2012. Wehaveautoloans.com - Home Privacy Policy

# EXHIBIT C

**\* Cosigner? (if needed):**

Select ⌄

☐ By checking this box I agree to the following:

I authorize the use of this information to obtain such additional information as may be required, including credit reports. I further authorize this application and the supplied financial information to be forwarded to one or more third party lenders and/or participating auto dealers including 1800CARSHOW, Detroit Trading and DriveTime and other third parties that may be able to offer me or assist me in finding financing that meets my needs. I understand this credit evaluation is necessary to proceed with the processing of my loan request.

☐ By checking this box I agree to the following:

In accordance with the Telephone Consumer Protection Act (TCPA) of 1991 as amended effective Oct 16, 2013, by checking the box above, I agree to be contacted by your marketing partners and/or participating auto dealers including 1800CARSHOW, Detroit Trading, DriveTime, Sunrise Media Partners and other third parties about services via email and/or the phone number provided above, including my wireless number if provided. Contact methods may include emails, phone calls generated from an automated telephone dialing system or text messaging. By checking the box, I intend to sign this consent, I certify the information is correct and have read and understand the privacy policy. I understand that this consent is not required as a condition of purchasing any goods or services. See our Privacy Policy for complete information about your privacy.

**SUBMIT & SAVE!**

# EXHIBIT D

| | | |
|---|---|---|
| 1 | | <u>**7-7-17**</u> |
| 2 | Detrick: | Hello |
| 3 | Horigan: | Hello |
| 4 5 | Detrick: | Thank you for holding. This is Detrick. Before I bring a coverage specialist on the line, I need you to confirm the year, and make and model of the vehicle, please. |
| 6 | Horigan: | Alright, two thousand, twelve, Ford F 150 |
| 7 | Detrick: | Okay, and how many miles on that vehicle? |
| 8 | Horigan: | uh, 63,000. |
| 9 10 11 | Detrick: | Ok, if I was able to help you save money on that vehicle and get some money back in your pocket from, from all your good days of paying for your warranty, would you want some warranty on that vehicle? |
| 12 | Horigan: | Yeah. |
| 13 | Detrick: | Okay. Can I have your first and last name? |
| 14 | Horigan: | Christopher |
| 15 | Detrick: | First name, C-H-I, C-H-R-I-S- |
| 16 | Horigan: | T-O-P-H-E-R |
| 17 | Detrick: | T-H-O-P-S-T-R |
| 18 | Horigan: | P-H-E-R |
| 19 | Detrick: | So, I got, C-0, I'm sorry sir, I got C-H-I-, C-H-R-I-S |
| 20 | Horigan: | T-O-P-H-E-R |
| 21 | Detrick: | P-H-E-R, yes, sir. Last name, please? |
| 22 | Horigan: | Miller, M-I-L-L-E-R |
| 23 | Detrick: | Okay. And are you retired, or on a fixed income or on a limited budget, sir? |
| 24 | Horigan: | No. |
| 25 26 | Detrick: | Okay, I just have, just have to help you get some more discounts for your warranty. That's it. And you are in Massachusetts? |
| 27 | Horigan: | Yes. |

| 28 | Detrick: | Okay, sir, you are in Boston. |
|----|----------|------------------------------|
| 29 | Horigan: | Yes. |
| 30 | Detrick: | Okay, put that in the system. Okay. And can I have your zip code, please? |
| 31 | Horigan: | 0-2-1-8-4 |
| 32 | Detrick: | Okay, now sir, I'm gonna transfer you to a coverage specialist. Feel free to ask them any |
| 33 |          | question you that you may have. They gonna go over the coverage and the discount, it'll |
| 34 |          | help you save, it'll help you save, it's a full coverage warranty on that vehicle. |
| 35 | Horigan: | Thank you so much. |
| 36 | Detrick: | Anytime, sir, hold while I transfer you. |
| 37 | Gail: | Good afternoon, my name is Gail. I am the representative of the extended warranty. Am |
| 38 |       | I speaking to the owner of the vehicle today? |
| 39 | Horigan: | Yes. |
| 40 | Gail: | The reason that we have contacted you today is to go over some options regarding |
| 41 |       | extended warranty for your vehicle. Are you interested going over the options that are |
| 42 |       | available today? |
| 43 | Horigan: | Yes, please. |
| 44 | Gail: | I see you have a two thousand and twelve, F-150 with 63,000, is that correct? |
| 45 | Horigan: | Yes. |
| 46 | Gail: | Okay, I do need to make sure that the vehicle still qualifies for the coverage that I can |
| 47 |       | provide you today, so I do need to bring my optimization department on the line. |
| 48 |       | They're gonna ask you a few questions about the running condition. As long as |
| 49 |       | everything does check out I will come back on the line and go over all your options in |
| 50 |       | detail, okay? |
| 51 | Horigan: | Okay, thank you. |
| 52 | Gail: | Um, huh. One moment. |
| 53 | Monica: | Hi, thank you for holding, my name is Monica and I'm with the authorization |
| 54 |         | department. And I was brought on the line to insure your vehicle qualifies for the |
| 55 |         | extended warranty program. Now assuming I can get you qualified, I'm gonna release |
| 56 |         | the call back to your representative. I just have to ask you a few questions about the |
| 57 |         | running condition, okay? |
| 58 | Horigan: | Sure. |

| 59 | Monica: | Sir, did you notice any fluid leaks or mechanical problems within the last ninety days? |
|---|---|---|
| 60 | Horigan: | No. |
| 61 62 | Monica: | Have you noticed your check engine light coming on and staying on while you operate your vehicle? |
| 63 | Horigan: | No. |
| 64 | Monica: | Have you done any modifications to enhance the performance? |
| 65 | Horigan: | No. |
| 66 | Monica: | And is your vehicle registered for personal use or for commercial use? |
| 67 | Horigan: | Personal. |
| 68 69 70 71 72 73 74 | Monica: | Okay, so it sounds like the vehicle is running fine, you're are up to date with the maintenance, I'm gonna go ahead and waive your physical inspection fee and approve the vehicle for coverage. The only thing that I do ask is just to let your representative know if you accept or decline the coverage she offers to you today. That is totally up to you sir, you can accept or you could decline, you just cannot call back. The reason being for our no call backs is because our customers wanna call back and get the coverage when their vehicle develops a problem. Okay? |
| 75 | Horigan: | Yup. |
| 76 | Monica: | Great, hold one moment, please. |
| 77 78 79 80 81 | Gail: | Alright, thank you for holding.  Uh, good news, the vehicle has been approved for the warranty today. Now, at 63,000 and, uh, two thousand and twelve I can get you into a plan that will bring you up for the next four years, it does run through August of the year twenty, twenty one or its gives you an additional one hundred thousand miles on the vehicle, whichever does come first. |
| 82 | Horigan: | Okay. |
| 83 84 85 86 87 88 89 | Gail: | So, this is gonna cover your engine, transmission, the differential assembly, your drive axle, the transfer unit, the cooling air conditioning, fueling and electrical, whenever you need a repair of any of the items you can bring it directly to Ford or to any ASTcertified mechanic in the United States or Canada. When the vehicle is brought in for a coverage repair you are only responsible for the initial one hundred dollar deductible. Anything above and beyond that we do cover for you. And that does include labor, parts, diagnositics, and taxes. Now all the plans do come-- |
| 90 | Horigan: | --okay— |

| 91 | Gail: | -- with a standard roadside assistance package, you do have access to towing, lockout |
| 92 | | service, fuel delivery , battery jump and tire assistance, at no additional charge for the |
| 93 | | entire length of the policy. |
| 94 | Horigan: | Okay. |
| 95 | Gail: | Now to enroll into the plan today, you can enroll with a down payment of only three |
| 96 | | fifty and your monthly payments would be one sixty four a month, interest free for |
| 97 | | eighteen months. After that last payment is made you are payment free for the |
| 98 | | remainder of the plan, plan. Now what questions do you have for me? |
| 99 | Horigan: | So, yeah, eighteen months it's how much per month? One, what? |
| 100 | Gail: | One, one sixty four twenty two. |
| 101 | Horigan: | Okay. Uh, and then it, it extends out for the entire four years? |
| 102 | Gail: | Its four years or an additional one hundred thousand miles on the vehicle, whichever |
| 103 | | comes first. |
| 104 | Horigan: | Okay, excellent. And, is, is there, um, while I'm on the phone with you, is there any way |
| 105 | | you can send me an email, I just, so I can just look at it while I talk to you, it's a little |
| 106 | | easier for me to see -- |
| 107 | Gail: | Well, I can actually direct you to our website, if you wanna go to "go" – G  O |
| 108 | | sunpath.com. |
| 109 | Horigan: | Uh, okay. How do you sp .., G O, how do you spell that? |
| 110 | Gail: | G- O- S- U- N- P- A  T as in Tom, H as in Harry, at sunpath .com |
| 111 | Horigan: | G- O- sunpath.com. Okay, let me just repeat it back to you. G-O-S-U-H-N |
| 112 | Gail: | No, S U N, sun like the sun in the sky and a path like-- |
| 113 | Horigan: | --Okay-- |
| 114 | Gail: | a path you walk on. |
| 115 | Horigan: | Oh, perfect, okay. Awesome. And that'll have the same plans on it? |
| 116 | Gail: | Yes, exactly, yes. And you'll be looking at the Sunpath mileage plus. That is the one |
| 117 | | we're talking about. |
| 118 | Horigan: | Okay. Alright. Let me just pull it up here. Awsome. Ah, em, and then, obviously because |
| 119 | | I'm talking to you on the phone, is there any way that like I just get, you can just |
| 120 | | sent me an email so that I can see that I'm talking to Sunpath, you know, and not like a |
| 121 | | scam? (chuckles) |

| | | |
|---|---|---|
| 122 | Gail: | Um, well I can email you, once we do take care of the transaction I email you, and we do |
| 123 | | email out the policy. It is created for you. I mean I can't really just email anything you |
| 124 | | blank. I mean if you want to put me on hold and dial our customer service number you |
| 125 | | can certainly do that. I don't know if you can – |
| 126 | Horigan: | --Okay— |
| 127 | Gail: | -- do a three way call, or – |
| 128 | Horigan: | Yeah. I don't know, uh, okay, so there's no way you can just email me a copy of the plan |
| 129 | | before buying it? Just so I know -- |
| 130 | Gail: | No, your looking – yeah, I mean, no, you're looking at, what you're looking at is what |
| 131 | | we're offering you. |
| 132 | Horigan: | Okay. Alright-- |
| 133 | Gail: | I mean you can have a thirty day right of recision once you do enroll. It is a federal law. |
| 134 | | You do have thirty days to review everything in detail. We do mail you the policy. It is |
| 135 | | created specifically for your vehicle. Uh, for any reason in that first thirty days you |
| 136 | | decide to opt out you simply give our customer service department a call. And that |
| 137 | | initial down payment is fully refunded back to you, no questions asked. |
| 138 | Horigan: | Okay. Alrighty, um, I'll have to just do a little research |

# EXHIBIT E

| | | |
|---|---|---|
| 140 | Michael: | Thank you for holding, this is Michael. I'm calling you from the National Dealer Service. |
| 141 | | Am I speaking to Christopher Miller? |
| 142 | Horigan: | Yes. |
| 143 | Michael: | Sir, do you still own your 2012 Ford F-150? |
| 144 | Horigan: | Yes, sir. |
| 145 | Michael: | Well, sir, our records here are indicating that the warranty, the factory warranty has ex, |
| 146 | | expired on the vehicle. You were mailed notices about extending that car coverage and |
| 147 | | you declined to keep the vehicle under coverage? Now -- |
| 148 | Horigan: | --yes sir-- |
| 149 | Michael: | before I close out the file on the vehicle were you interested in keeping the vehicle |
| 150 | | under protection? |
| 151 | Horigan: | Yes, sir. |
| 152 | Michael: | I'm gonna put you on the line today with a coverage specialist, sir, whose gonna go over |
| 153 | | some options that are still available to you so you can go ahead and make your formal |
| 154 | | decision today about your vehicle protection. Okay? |
| 155 | Horigan: | Okay, thank you. |
| 156 | Michael: | Give me one second. |
| 157 | Michelle: | Thank you for holding, my name is Michelle and I'm the representative in charge of your |
| 158 | | extended warranty today, how are you? |
| 159 | Horigan: | Good, how are you? |
| 160 | Michelle: | I'm doing great, sir, thank you for asking. Now, as you were previously informed, we are |
| 161 | | giving you a courtesy call to offer you an extended warranty on your F-150. Now, I'm |
| 162 | | sure that you have, um, would like to go over the costs and the coverage that is |
| 163 | | available for the vehicle, is that right? |
| 164 | Horigan: | Yes, please. |
| 165 | Michelle: | Okay, very good. Now, I do need to make sure the vehicle does still qualify for our |
| 166 | | programs, so bear with me a moment, I 'm gonna have my authorization department |
| 167 | | ask you just a few questions regarding the running condition of the vehicle – |
| 168 | Horigan: | --okay – |

| | | |
|---|---|---|
| 169 | Michelle: | -- and as long as everything does check out I'll be able to go over the cost and coverage |
| 170 | | with you, okay? |
| 171 | Horigan: | Okay. |
| 172 | Michelle: | Just a moment please. |
| 173 | Horigan: | (to unidentified third party) I'll just sign up for it and fucking cancel it. |
| 174 | Unidentified Part: | You allowed to do that? |
| 175 | Horigan: | (laughs) You not allowed to do that. |
| 176 | Chelsea: | Thank you for holding, my name is Chelesa, I'm with authorization. I was brought on the |
| 177 | | line to make sure that the vehicle still qualifies for the warranty. So I just have a few |
| 178 | | quick questions to ask you, okay? |
| 179 | Horigan: | Okay. |
| 180 | Chelsea: | Alrighty. First have you noticed any fluid leaking or mechanical problems within the last |
| 181 | | ninety days? |
| 182 | Horigan: | No. |
| 183 | Chelsea: | Alright. Have you noticed the check engine light coming on while you operate the |
| 184 | | vehicle? |
| 185 | Horigan: | No. |
| 186 | Chelsea: | Have you done any modifications to enhance the performance of the vehicle at all? |
| 187 | Horigan: | No. |
| 188 | Chelsea: | Alright. No you do keep up with the general maintenance, like oil changes and things |
| 189 | | like that, correct? |
| 190 | Horigan: | Yes. |
| 191 | Chelsea: | Excellent. And lastly is the vehicle registered for your personal or commercial use. |
| 192 | Horigan: | Personal. |
| 193 | Chelsea: | Okay. Well it sounds like the vehicle is still running fine and your maintenance is up to |
| 194 | | date, so I'm going to authorize the coverage for you today. The physical inspection will |
| 195 | | be waived as well as the fee associated with this. Now all that we ask is either you |
| 196 | | accept or decline. And that's up to you, you can accept it or decline it, but you cannot |
| 197 | | call back later to purchase the warranty and that's simply to eliminate people trying to |

| 198 | | call back after their vehicle develops an issue. So it's nothing personal to you. Makes |
| 199 | | sense? |

| 200 | Horigan: | Yes, ma'am. |

| 201 | Chelsea: | Okay, so let me get you back on line with your agent, and feel free to ask her any further |
| 202 | | questions you may have. One moment -- |

| 203 | Horigan: | -- thank you -- |

| 204 | Chelsea: | -- You're welcome. |

| 205 | Michelle: | Okay, great news, um, sir, the vehicle does still qualify for the program. Now what we |
| 206 | | want is to make sure is the vehicle continues to run like new for as long as possible. I do |
| 207 | | have the ability to offer you an additional four years of coverage. This will cover you |
| 208 | | until November the 18th of two thousand and twenty one or when the odometer |
| 209 | | reaches 139,000 miles. Now, this will be new car coverage, so everything's covered on |
| 210 | | the vehicle except for wear and tear items. The wear and tear items are things like your |
| 211 | | battery, your light bulbs, your tires, your oil changes, your brake pads, your windshield |
| 212 | | wiper blades. These things will not be covered, but more importantly we are going to |
| 213 | | cover everything else. Your engine, transmission, your axles and suspension. The cooling |
| 214 | | and fueling system. Your air-conditioning and your heating. And most importantly the |
| 215 | | electrical throughout the vehicle will be covered. So sensors, computers, powered |
| 216 | | motors for the windows, locks, power seats, if you have them, all of your electrical |
| 217 | | switches will be covered as well. Now, the policy does come standard with a one |
| 218 | | hundred dollar deductible so no matter what the repair bill is, you're gonna pay one |
| 219 | | hundred dollars, we pay the rest of the bill for you. That includes the labor, parts, |
| 220 | | diagnostics and taxes. Now you're also going to receive roadside assistance and towing. |
| 221 | | And we will also pay for a rental vehicle for five days per occurrence. It is a nationwide |
| 222 | | coverage, so you can use any Ford dealership throughout the United States. Now, do |
| 223 | | you have any questions at all on the coverage before we go over your costs? |

| 224 | Horigan: | Uh, no, not right now. |

| 225 | Michelle: | Okay, very good. So, unlike a repair bill they do not expect you to pay this warranty in |
| 226 | | full today. We do offer a finance free payment option. Now the way it works is their |
| 227 | | requiring a down payment today of three hundred and ninety three dollars. That will get |
| 228 | | the vehicle enrolled into your program. You will have a thirty day waiting period and |
| 229 | | then you can file your claims. After that thirty days you'll also be getting monthly |
| 230 | | payments. Now the monthly payments are only for eighteen months, at one hundred |
| 231 | | and ninety six dollars and twenty two cents. So you pay off the four year warranty |
| 232 | | within the first year and a half, you end up with the remaining of your coverage |
| 233 | | payment free. Now to activate everything for you today with the down payment we do |
| 234 | | accept Visa, Mastercard or American Express, whichever you prefer. |

| 235 | Horigan: | Um, I'll probably do my Visa, um, all sounds great. Is there anyway that, um, like I can |
| 236 | | review the plan, like to you have an email that I can see while, while I'm talking to you? |
| 237 | Michelle: | Wha – there is a website you can go to, um, its "gosunpath.com. "So its "G- O- S- U –N– |
| 238 | | P- A- T- H. COM." Now when you get on the website there's going to be a box that says |
| 239 | | "plans." You're gonna click on that. You're getting platinum coverage, so I believe it's |
| 240 | | the second one, yes. So once you click on the box that says "plans," you're gonna see |
| 241 | | another list of "coverages." And it's the second one that says "Sunpath Secure |
| 242 | | Advantage." You click -- |
| 243 | Horigan: | -- Okay -- |
| 244 | Michelle: | -- on that and you're then getting the top one, "platinum coverage" -- so that will show |
| 245 | Horigan: | The platinum – |
| 246 | Michelle: | you the coverage, yes, and then you can review a sample of what your contract will look |
| 247 | | like as well. |
| 248 | Horigan: | Okay, alright. Um, I see that, alright, uh, coverage. Awesome, um, okay, cool, that looks |
| 249 | | good. Um, do just have like a, like an email just so I know that you're with Sunpath, you |
| 250 | | know. Um, I think I signed up for you guys to call me, uh, 'cause I do need the coverage. |
| 251 | | But, do you have something I just, you know what I mean? Just so I know I'm not givin |
| 252 | | like my credit care number? |
| 253 | Michelle: | Okay, so – |
| 254 | Horigan: | like .. just -- |
| 255 | Michelle: | -- you want me to send you an email, is that what you're asking? |
| 256 | Horigan: | Yeah. Yeah. Just so I could see that I'm talking to someone from Sunpath, or like the |
| 257 | | auto warranty, you know. Um – |
| 258 | Michelle: | --okay |
| 259 | Horigan: | before I give you my credit card number – |
| 260 | Michelle: | Alright bear with me a moment, I have to see with my bookkeeping, if they can send you |
| 261 | | out read quick. Hold on just a second. |
| 262 | Horigan: | Yeah, just anything with a letterhead, just before I give you my card number. |
| 263 | Michelle: | Alright, just a moment. |
| 264 | Horigan: | Okay. |
| 265 | Michelle: | Okay, so what is your email address, sir? |

| 266 | Horigan: | Its, um, H-O-R- |
| 267 | Michelle: | --Uh, huh-- |
| 268 | Horigan: | --4-0-1-3-- |
| 269 | Michelle: | -- Okay -- |
| 270 | Horigan: | --at yahoo.com |
| 271 | Michelle: | --yahoo.com. "H" as in Harry. "O" as in Oscar, "R" as in Robert, 4-0-1-3 at yahoo.com? |
| 272 | Horigan: | Yes, ma'am. |
| 273 | Michelle: | Okay, alright. Bear with me just a moment, here. |
| 274 | Horigan: | Okay. |
| 275 | Michelle: | Okay, so, um, my boss was just able to go ahead and send you over an email for you. |
| 276 | Horigan: | Okay. Excellent. Um, let me just review that real quick. |
| 277 | Michelle: | Sure. |
| 278 | Horigan: | What, um, okay, hold on one more minute, |
| 279<br>280 | Michelle: | -- So that will show you your coverage, yes, and then you're gonna review a sample of what your contact will look like, as well. |
| 281 | Horigan: | oh - kay. |
| 282 | | |
| 283 | 6:56 | |