UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>       Plaintiff,<br>v.<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP., and SUNPATH, LTD,<br><br>       Defendants. | Civil Action No. 4:17-cv-40169 |

## SUNPATH, LTD.'S MOTION TO DISMISS COMPLAINT

Defendant, SunPath Ltd. ("SunPath"), through the undersigned, and pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully moves the Court for an order dismissing the entire complaint as it relates to the claims asserted by Plaintiff Horigan pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227 (Count I) and M.G.L.  c. 93A (Count II), and only Count II as it relates to the claim asserted by Plaintiff Heaton pursuant to M.G.L. c. 93A (Count II).[1] As grounds for this Motion, SunPath relies upon its Memorandum of Law in Support of this Motion filed contemporaneously herewith.

---

[1] Pursuant to Fed. R. Civ. P. 12(a)(4) and 12(b)(6), SunPath has not yet responded to Plaintiff Heaton's TCPA claim (Count I), to the extent Plaintiff Heaton alleges such a claim within Count I, as SunPath respectfully elects to await the outcome of this Court's ruling on the instant Motion. *See National Cas. Co. v. OneBeacon American Ins. Co.*, No. 12-11874-DJC, 2013 WL 3335022, at *6 (D. Mass. Jul. 1, 2013) ("[A] partial motion to dismiss suspends the time to answer the claims not subject to the motion[.]"); *see also Beaulie v. Board of Trustees of University of West Florida*, No. 3:07-cv-30, 2007 WL 2020161, at *2 (N.D. Fla. July 9, 2007) (collecting cases examining Rule 12(a)(4) and Rule 12(b)(6) and concluding that "a party need not file an answer while a partial motion to dismiss is pending," and "Defendant's motion to dismiss, therefore, automatically extends its time to answer under Rule 12(a)(4) until after the court has ruled on Defendant's motion to dismiss.").

33883689v1

WHEREFORE, the Motion to Dismiss Complaint filed by SunPath, Ltd. should be granted.

Dated: February 23, 2018

Respectfully submitted,

SUNPATH, LTD.,

By its attorneys,

/s/ *Stephen D. Riden*
Stephen D. Riden, BBO No. 644451
sriden@beckreed.com
BECK REED RIDEN LLP
155 Federal St., Suite 1302
Boston, MA 02110
Tel: (617) 500-8660
Fax: (617) 500-8665

-and-

Beth-Ann E. Krimsky
*(Pro Hac Vice Admission)*
beth-ann.krimsky@gmlaw.com
Lawren Zann
*(Pro Hac Vice Admission)*
lawren.zann@gmlaw.com
GREENSPOON MARDER LLP
200 East Broward Blvd, Suite 1800
Fort Lauderdale, FL 33309
Tel: (954) 527-2427
Fax: (954) 333-4027

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

I hereby certify that, pursuant to LR 7.1, I conferred with counsel for Plaintiffs and attempted in good faith to resolve or narrow the issues presented by this Motion to Dismiss Complaint. Counsel for Plaintiffs indicated that Plaintiffs would oppose this Motion to Dismiss Complaint.

/s/ *Stephen D. Riden*
Stephen D. Riden

2

33883689v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this Motion to Dismiss Complaint has been filed through the

CM/ECF system on February 23, 2018, and will be served electronically to the registered

participants as identified on the Notice of Electronic Filing through the Court's transmission

facilities, and that non-registered participants have been served this day by mail.

*/s/ Stephen D. Riden*
Stephen D. Riden
