UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP., and SUNPATH, LTD.<br><br>        Defendants. | Case No. 4:17-cv-40169-TSH |

**NOTICE OF CLASS ACTION SETTLEMENT**

Plaintiff John Heaton and Defendant Motor Vehicle Assurance (collectively, "Parties"), through their respective counsel, hereby advise the Court that the Parties have reached an agreement in principle that will certify a putative class of individuals for settlement purposes. The Parties are working on a Class Action Settlement Agreement and anticipate being able to file a Motion for Preliminary Approval of the Class Action Settlement by September 13, 2019.

Dated: August 14, 2019

Respectfully submitted,

| | |
|---|---|
| */s/ Anthony Paronich*<br>Anthony I. Paronich<br>PARONICH LAW, P.C.<br>350 Lincoln St., Suite 2400<br>Hingham, MA 02043<br>Tel: (617) 485-0018<br>Fax: (508) 318-8100<br>anthony@paronichlaw.com<br>*An Attorney for Plaintiffs* | */s/ Michael D. Leffel*<br>Michael D. Leffel (*pro hac vice*)<br>FOLEY & LARDNER LLP<br>150 East Gilman St.<br>Madison, WI 53703<br>Tel: (608) 257-5035<br>Fax: (608) 258-4258<br>mleffel@foley.com<br>*An Attorney for Defendant Motor Vehicle Assurance* |

## CERTIFICATE OF SERVICE

I hereby certify that this filing through the CM/ECF system on August 14, 2019, will be sent electronically to the registered participants as identified in the Notice of Electronic Filing and paper or electronic copies will be delivered to those indicated as non-registered participants.

>*/s/ Anthony Paronich*
>Anthony I. Paronich

40883324v1