**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Worcester Division**

| | |
|---|---|
| **HEATON, ET AL.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 4:17-cv-40169-TSH |
| ) | |
| **SUNPATH, LTD., ET AL.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO WITHDRAW AS COUNSEL**

Mitchell N. Roth and Genevieve C. Bradley from the law firm Roth Jackson and Andrew M. Schneiderman from the law firm Hinshaw & Culbertson LLP (collectively "Counsel"), counsel for Defendant National Auto Protection Corp. ("Defendant"), hereby submit their Memorandum in Support of their Motion to Withdraw as Counsel pursuant to Local Rule 83.5.2(c)(2) and state as follows:

**I.      STATEMENT OF RELEVANT FACTS**

1.     Defendant retained Counsel to represent it in this lawsuit in which Plaintiff Horigan has sued Defendant for alleged violations of the Telephone Consumer Protection Act.

2.     Without breaching Counsel's confidentiality obligations to Defendant, Defendant National Auto Protection Corp has instructed Counsel to cease performing additional services on its behalf and to withdraw from this case. Defendant also terminated Counsel's engagement in this matter.

3.      The instruction from the Defendant also follows a breakdown in the attorney-client relationship which makes it impossible for Counsel to continue their representation of the client and to adequately prepare for and defend the client at the trial.

4.      No trial date has been set.

5.      Movants requested the assent of Counsel for Plaintiff and Sunpath, but has not received notification of their positions in regard to this Motion prior to its filing.

## II.     LEGAL STANDARD

In this Court, "[a]n attorney may seek leave of court to withdraw his or her appearance for good cause shown." Local Rule 83.5.2(c). Moreover, the Massachusetts Rules of Professional Conduct require counsel to withdraw from the representation of a client if the attorney is discharged. ("Except as stated in paragraph (c), a lawyer shall not represent aa client or, where representation has commenced, shall withdraw from the representation of a client if: . . . (3) the lawyer is discharged"). Mass. R. Prof. Conduct 1.16(a)(3).[1]

## III.    ARGUMENT

Good cause exists for this Court to permit Counsel to withdraw their appearances. Because confidentiality obligations prevent Counsel from providing substantive factual support for this Motion at present, Counsel represents simply that they have been instructed to withdraw and that there has been a breakdown in the attorney-client relationship which makes it impossible for counsel to continue its representation of its client and to adequately prepare for and defend its client at the trial. Furthermore, counsel has been advised that Defendant has ceased business operations and will be dissolving. Defendant is aware that prior to any dissolution, it must retain new counsel to continue litigating its defense in this case.

---

[1] Paragraph (c) requires a lawyer to obtain a tribunal's permissions before withdrawing if so required by the tribunal. Mass. R. Prof. Conduct 1.16(c). Counsel files this motion for the purpose of seeking this Court's permission.

## IV.  CONCLUSION

WHEREFORE, Counsel request that this Court grant their Motion to Withdraw as Counsel, strike their respective appearances, and for such further relief as this Court deems necessary.

Respectfully submitted,

NATIONAL AUTO PROTECTION CORP

By Counsel

*/s/ Genevieve C. Bradley*
Genevieve C. Bradley, *Admitted Pro Hac Vice*
ROTH JACKSON
8200 Greensboro Dr., Ste. 820
McLean, VA 22102
Tel: 703 485-3531/Fax: 703-485-3525
Email: gbradley@rothjackson.com

Andrew M. Schneiderman, BBO #666252
HINSHAW & CULBERTSON LLP
53 State Street, 27th Floor
Boston, MA 02109
617-213-7000 (direct dial)
617-213-7001  (fax)

Mitchell N. Roth, *Admitted Pro Hac Vice*
ROTH JACKSON
8200 Greensboro Dr., Ste. 820
McLean, VA 22102
Tel: 703 485-3536/Fax: 703-485-3525
Email: mroth@rothjackson.com

Dated:      September 10, 2019

## CERTIFICATE OF SERVICE

I, Genevieve C. Bradley, hereby certify that the documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Genevieve C. Bradley*
Genevieve C. Bradley