UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
WORCESTER DIVISION

| | |
|---|---|
| JOHN HEATON and CHRISTOPHER HORIGAN on behalf of themselves and others similarly situated,<br><br>                Plaintiff,<br><br>v.<br><br>MOTOR VEHICLE ASSURANCE, NATIONAL AUTO PROTECTION CORP and SUNPATH, LTD.<br><br>                Defendants. | Case No. 4:17-cv-40169-TSH |

**NOTICE OF DISMISSAL WITH**
**PREJUDICE REGARDING NATIONAL AUTO PROTECTION CORP.**

The plaintiff files this notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) of all claims against National Auto Protection Corp.

Dated: June 9, 2020        PLAINTIFF,

                                  By:
                                  *s/ Anthony I. Paronich*
                                  Anthony I. Paronich
                                  Paronich Law, P.C.
                                  350 Lincoln Street, Suite 2400
                                  Hingham, MA 02043
                                  Telephone: (508) 221-1510
                                  anthony@paronichlaw.com

CERTIFICATE OF SERVICE

I, hereby certify that on June 9, 2020, I filed the foregoing with the Court's CM/ECF system.

                                  */s/ Anthony Paronich*
                                  Anthony Paronich